THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL C. MOYNIHAN, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Moynihan* v. *McAdoo*, 116 App. Div. 913, affirmed.
(Argued January 11, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1906, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*William C. De Witt* and *Hersey Egginton* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly, Terence Farley* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.